AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

JUL 23 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Elizabeth GARCIA<br>COB: United States<br>YOB: 1973<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-1718-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/22/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Did Knowingly and Intentionally Possess With the Intent to Distribute 31.68 kilograms of Crystal Methamphetamine, a Schedule II Controlled Substance |
| 21 USC 952 | Did Knowingly and Intentionally Import With the Intent to Distribute 31.68 kilograms of Crystal Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attachment "A".

☑ Continued on the attached sheet.

Approved *[signature]* 7-23-19

_____
Complainant's signature

William A. Hartley, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/23/19

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
Printed name and title

# ATTACHMENT "A"

On July 22, 2019, at approximately 12:03 a.m., the subject later identified as Elizabeth GARCIA (hereafter referred to as "GARCIA"), applied for entry into the United States at the Hidalgo, Texas Port of Entry. GARCIA was driving a grey BMW X5 bearing Texas License Plates JPV4965. At Primary, a Customs and Border Protection Officer (CBPO) obtained a negative oral declaration for merchandise, agriculture, products, currency and narcotics from GARCIA. When asked if GARCIA was the owner of the vehicle she was driving, GARCIA stated she was not the owner of the vehicle, at which time GARCIA was referred to Secondary for further inspection.

Once at Secondary, a CBPO obtained a secondary oral declaration from GARCIA, at which time GARCIA only declared a case of beer and a case of sodas. When asked if the vehicle was hers, GARCIA stated it was hers. At this time, the CBPO referred the vehicle GARCIA was in to the Non-Intrusive Inspection (Z-Portal) area.

Once at the Non-Intrusive Inspection (Z-Portal) area, a scan of the vehicle revealed inconsistencies in the passenger floor area. Upon further inspection, CBPOs noticed what appeared to be packages in the frame of the vehicle, and a search of the vehicle revealed 36 packages totaling 31.68 kilograms of a substance that tested positive for crystal methamphetamine.

During the interview, GARCIA stated that she accepted responsibility and didn't know what it was. GARCIA further stated that she didn't think there was "a lot" of drugs in the vehicle.

GARCIA stated she was going to leave the vehicle at a location in McAllen, Texas, and that someone was going to pick up the vehicle.